**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Simitrio Pedroza Villanueva

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMITRIO PEDROZA VILLANUEVA,<br><br>Plaintiff,<br><br>v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. CV14-6161 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

    IT IS ORDERED that the fees and expenses shall be paid in the amount of ONE THOUSAND EIGHT HUNDRED SIXTY-FOUR DOLLARS and TWELVE CENTS ($1,864.12) for attorney fees and expenses and NO costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

    Dated: March 27, 2015

                                       /S/ FREDERICK F. MUMM
                                       FREDERICK F. MUMM
                                       United States Magistrate Judge